UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-00179-MW-GRJ

LANIE QUARTERMAN, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

SHRINATH BJM INC dba Econo Lodge
Gainesville, a Florida corporation  and
CHOICE HOTELS INTERNATIONAL, INC.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LANIE QUARTERMAN, and Defendants, SHRINATH BJM INC dba Econo Lodge Gainesville and CHOICE HOTELS INTERNATIONAL, INC., by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice.  Each party shall bear their own attorneys' fees and costs.

AGREED and STIPULATED on this 21st day of January, 2019.

| | |
|---|---|
| /s/ Jessica L. Kerr | /s/ Nicole Smith |
| Jessica L. Kerr, Esquire | Nicole Smith, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 0017056 |
| **THE ADVOCACY GROUP** | **RUMBERGER, KIRK & CALDWELL** |
| 200 S.E. 6th Street, Suite 504 | A Professional Association |
| Fort Lauderdale, FL 33301 | Post Office Box 10507 |
| Telephone: (954) 282-1858 | Tallahassee, Florida 32302-2507 |
| Email: jkerr@advocacypa.com | Telephone: (850) 222-6550 |
| Email: service@advocacypa.com | Email: nsmith@rumberger.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Shrinath BJM Inc.* |

/s/ Edward S. Polk
Edward S. Polk
Bar No. 239860
/s/ Jessica Anderson
Jessica Debono Anderson, Esq.
Bar No. 58503
**COLE, SCOTT & KISSANE, P.A.**
1900 Summit Tower Blvd, Suite 400
Orlando, Florida 32810
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
Email: edward.polk@csklegal.com
Email: Jessica.anderson@csklegal.com
*Counsel for Defendant, Choice Hotels*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2019, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Jessica L. Kerr
Jessica L. Kerr, Esquire
Florida Bar No. 92810