IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LANIE QUARTERMAN, individually
and on behalf of all others similarly
situated,

       Plaintiff,

v.                                       Case No. 1:18cv179-MW/GRJ

SHRINATH BJM, INC.,
d/b/a Econo Lodge Gainesville,
a Florida corporation,
and
CHOICE HOTELS INTERNATIONAL,
INC.,

       Defendants.
_____/

## ORDER CLOSING FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 24. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk must close the file.

**SO ORDERED on January 22, 2019.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**